**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
MARIE A. MCCRARY (State Bar No. 262670)
marie@gutridesafier.com
HAYLEY A. REYNOLDS (State Bar. No. 306427)
hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

RONALD Y. ROTHSTEIN (Pro Hac Vice Submitted)
rrothste@winston.com
SEAN SUBER (Pro Hac Vice Submitted)
ssuber@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Il 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

ALEXANDRA C. AURISCH (SBN: 296525)
aaurisch@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, Ca 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, as an individual, on behalf of herself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE J.M. SMUCKER COMPANY,<br><br>    Defendant. | Case No.:  4:21-CV-06467-HSG<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS [ECF 20]** |

Pursuant to Local Rule 6-2, the parties, Plaintiff Molly Brown ("Plaintiff") and Defendant The J.M. Smucker Company ("Defendant") by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, Plaintiff, on behalf of herself and those similarly situated, filed her Complaint in this action on August 20, 2021. ECF 1.

**WHEREAS**, the parties stipulated to, and the Court ordered, an extension of time for Defendant to respond to the Complaint. ECF 9.

**WHEREAS,** Defendant filed its Motion to Dismiss on October 26, 2021, and noticed a hearing on the Motion for March 10, 2022. ECF 20.

**WHEREAS**, Plaintiff's current deadline to file her opposition to the Motion to Dismiss is November 9, 2021.

**WHEREAS**, Plaintiff has scheduling conflicts in the coming weeks due to other case deadlines and holiday plans.

**WHEREAS,** on November 2, 2021, the Parties met and conferred regarding an extension to the briefing schedule.

**WHEREAS**, the Parties' agreed-upon briefing schedule will not alter the date of any event or other deadline already fixed by Court order.

**WHEREAS**, this stipulation does not request a change to the date of the March 10, 2022 Case Management Conference set by the court. ECF 22.

**WHEREAS**, this stipulation does not request a change to the date of the March 10, 2022 hearing date noticed for Defendant's Motion to Dismiss. ECF 20.

**THEREFORE,** it is hereby stipulated and agreed, by and among the parties, that the following deadlines in this action should be set as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Plaintiffs' Opposition to Motion to Dismiss | November 9, 2021 | December 14, 2021 |
| Defendant's Reply in Support of Motion to Dismiss | November 16, 2021 | January 11, 2022 |
| Hearing on Defendant's Motion to Dismiss | March 10, 2022, 2:00 p.m. | n/a |

Dated: November 5, 2021                    **GUTRIDE SAFIER LLP**

/s/Hayley Reynolds/s/
Seth A. Safier, Esq.
Marie McCrary, Esq.
Hayley A. Reynolds, Esq.
100 Pine Street, Suite 1250
San Francisco, CA 94111

Dated: November 5, 2021                    **WINSTON & STRAWN LLP**

/s/Alexandra Aurisch/s/
Ronald Y. Rothstein (Pro Hac Vice Submitted)
rrothste@winston.com
Sean Suber (Pro Hac Vice Submitted)
ssuber@winston.com
35 West Wacker Drive
Chicago, Il 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Alexandra C. Aurisch (SBN: 296525)
aaurisch@winston.com
333 South Grand Avenue
Los Angeles, Ca 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

[Proposed Order on following page]

**FILER'S ATTESTATION (Civ. L.R. 5-1(i)(3))**

Pursuant to Civil Local Rule 5-1(i)(3) regarding electronic signatures, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: November 5, 2021                    /s/Hayley Reynolds/s/
                                           Hayley A. Reynolds, Esq.

# ORDER

PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED: Plaintiff's deadline to file an opposition to Defendant's motion to dismiss [ECF 20] is December 14, 2021. Defendant's deadline to file a reply in support of its motion to dismiss is January 11, 2022. The hearing on Defendant's motion to dismiss remains set for March 10, 2022 at 2:00 p.m.

Dated:  11/5/2021

*Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California