# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, as an individual, on behalf of herself, the general public and those similarly situated,<br><br>   Plaintiff(s),<br><br>   v.<br><br>THE J. M. SMUCKER COMPANY,<br><br>   Defendant(s). | Case No: 4:21-cv-06467-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Ronald Y. Rothstein</u>, an active member in good standing of the bar of the Supreme Court of the <u>State of Illinois</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>The J. M. Smucker Company</u>, in the above-entitled action. My local co-counsel in this case is <u>Alexandra C. Aurisch</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Winston & Strawn LLP<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(312) 558-5600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 615-1700 |
| MY EMAIL ADDRESS OF RECORD:<br>rrothste@winston.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: aaurisch@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>06225965</u>. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application. I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: October 26, 2021

   /s/ Ronald Y. Rothstein
   APPLICANT - RONALD. Y. ROTHSTEIN

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>RONALD. Y. ROTHSTEIN</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/8/2021

   *[signature: Haywood S. Gill Jr.]*
   UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
10/5/2021

Re: Ronald Y. Rothstein
Attorney No. 6225965

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Ronald Y. Rothstein was admitted to practice law in Illinois on 4/10/1995; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*

Andrew Oliva
Registrar