Ronald Y. Rothstein (*pro hac vice*)
RRothste@winston.com
Sean Suber (*pro hac vice*)
SSuber@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Alexandra C. Aurisch (SBN: 296525)
AAurisch@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
The J. M. Smucker Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOLLY BROWN, as an individual, on behalf of herself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J. M. SMUCKER COMPANY,<br><br>Defendant. | Case No. 4:21-cv-06467-HSG<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY; DECLARATION OF ALEXANDRA AURISCH**<br><br>Judge:  Haywood S. Gilliam, Jr.<br><br>Date:   March 10, 2022<br>Time:   2:00 p.m.<br>Place:  Courtroom 2<br><br>Complaint Filed: August 20, 2021 |

In support of defendant The J.M. Smucker Company ("Defendant")'s Motion to Dismiss, set for hearing on March 10, 2022, Defendant brings to the Court's attention guidance published by the Food and Drug Administration in January 2022. (See Declaration of Alexandra C. Aurisch, or "Aurisch Decl." ¶ 3-4.) That guidance, available at https://www.fda.gov/food/food-labeling-nutrition/industry-resources-changes-nutrition-facts-label#LabelClaims, provides the following, in the section entitled "Label Claims:"

> **There are separate methods for determining the number of grams of protein in a serving for declaration on the Nutrition Facts label and for determining the percent Daily Value of protein for the Nutrition Facts label (21 CFR 101.9(c)(7)). Which method should be used when calculating protein values for use in protein nutrient content claims?**
>
> The regulation for nutrient content claims in 21 CFR 101.13(o) states that, except as provided in 21 CFR 101.10, compliance with requirements for nutrient content claims in this section and in the regulation in subpart D of this part, will be determined using the analytical methodology prescribed for determining compliance with nutrition labeling in 21 CFR 101.9.
>
> By design, 21 CFR 101.9(c)(7) specifically provides for two different methods for determining protein values. The regulation states, in 21 CFR 101.9(c)(7), that protein content may be calculated on the basis of the factor 6.25 times the nitrogen content of the food as determined by the appropriate method of analysis as given in the "Official Methods of Analysis of the AOAC International," except that when official AOAC procedures described in 21 CFR 101.9(c)(7) require a specific factor other than 6.25, that specific factor shall be used. Additionally, 21 CFR 101.9(c)(7)(ii) provides the method for determining protein content using the protein digestibility-corrected amino acid score for use in calculating the percent Daily Value.
>
> Determination of compliance for protein nutrient content claims will be based on the use of the methods provided in 21 CFR 101.9(c)(7), *including either of the methods mentioned above.*

(emphasis added). (Aurisch Decl. ¶ 3).

Dated:  January 27, 2022                              **WINSTON & STRAWN LLP**

                                                      By:  /s/ Alexandra C. Aurisch

                                                           Alexandra C. Aurisch (SBN: 296525)
                                                           AAurisch@winston.com
                                                           WINSTON & STRAWN LLP
                                                           333 South Grand Avenue
                                                           Los Angeles, CA 90071-1543
                                                           Telephone: (213) 615-1700
                                                           Facsimile: (213) 615-1750

Ronald Y. Rothstein (*pro hac vice*)
RRothste@winston.com
Sean H. Suber (*pro hac vice*)
SSuber@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Defendant*
*The J. M. Smucker Company*

## DECLARATION OF ALEXANDRA C. AURISCH

I, Alexandra Aurisch, declare and state as follows:

1. I am a lawyer and associate with the firm Winston & Strawn, LLP. I am admitted to practice law in the State of California and am admitted in the United States District Court for the Central District, Northern District, Southern District, and Eastern District of California. I am acting as legal counsel to defendant The J.M. Smucker Company ("Defendant").

2. As a result of my experience and responsibilities in this litigation, I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would testify competently about the information set forth in this declaration. I am over eighteen years of age and competent to give this statement based on my personal knowledge, information, and belief.

3. On January 19, 2022, I accessed the website https://www.fda.gov/food/food-labeling-nutrition/industry-resources-changes-nutrition-facts-label#LabelClaims. Attached to this Declaration as **Exhibit B** is a true and correct copy of this webpage.

4. On January 19, 2022, using The Wayback Machine, I located a version of the website referenced in Paragraph 3 as it appeared on January 7, 2022, and is available at: https://web.archive.org/web/20220107033710/https://www.fda.gov/food/food-labeling-nutrition/industry-resources-changes-nutrition-facts-label. Attached to this Declaration as **Exhibit C** is a true and correct copy of this webpage.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 27, 2022 in Los Angeles, California.

                                          */s/ Alexandra Aurisch*
                                          Alexandra Aurisch