**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
  seth@gutridesafier.com
MARIE A. MCCRARY (State Bar No. 262670)
  marie@gutridesafier.com
HAYLEY REYNOLDS (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, as individuals, on behalf of themselves, the general public and those similarly situated, | CASE NO. 4:21-CV-06467-HSG |
| Plaintiff, | **PLAINTIFFS' OBJECTION TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| THE J.M. SMUCKER COMPANY, | |
| Defendant. | |

The Local Rules in the Northern District of California typically do not allow litigants to submit supplementary authority to the Court after a motion is fully briefed. *See* Local Rule 7-3(d). When they do allow supplementary authority, it is permitted only for *other judicial opinions* after leave of the Court. *See* Local Rule 7-3(d)(2). Defendant's "notice", which comes after it filed its Reply in Support of its Motion to Dismiss, is improper because Defendant did not seek leave from the Court before filing it, and the "supplemental authority" is not a relevant judicial opinion.

1   Dated: January 28, 2022

2                                       **GUTRIDE SAFIER LLP**

3

4                                       */s/ Seth A. Safier /s/*
                                        SETH A. SAFIER (State Bar No. 197427)
                                          seth@gutridesafier.com
5                                       MARIE A. MCCRARY (State Bar No. 262670)
                                          marie@gutridesafier.com
6                                       HAYLEY REYNOLDS (State Bar No. 306427)
                                          hayley@gutridesafier.com
7                                       100 Pine Street, Suite 1250
                                        San Francisco, CA 94111
8                                       Telephone: (415) 639-9090
                                        Facsimile: (415) 449-6469
9

10                                          *Attorneys for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28