Ronald Y. Rothstein (*pro hac vice*)
RRothste@winston.com
Sean Suber (*pro hac vice*)
SSuber@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Alexandra C. Aurisch (SBN: 296525)
AAurisch@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
The J. M. Smucker Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN, as an individual, on behalf of herself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J. M. SMUCKER COMPANY,<br><br>Defendant. | **Case No. 4:21-cv-06467-JCS**<br><br>[*PROPOSED*] **ORDER GRANTING DEFENDANT THE J. M. SMUCKER COMPANY'S MOTION TO STAY DISCOVERY**<br><br>Judge:   Haywood S. Gilliam, Jr.<br><br>Date:    May 12, 2022<br>Time:   2:00 p.m.<br>Place:   Courtroom 2<br><br>Complaint Filed: August 20, 2021 |

**[PROPOSED] ORDER**

Having read and considered Defendant's Motion to Stay Discovery, and all other papers filed by the parties in support of and in opposition thereto, as well as the oral arguments of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Stay Discovery is GRANTED. Discovery in this matter shall be stayed until further Order of the Court following a ruling on Defendant's Motion to Dismiss Plaintiff's Complaint, and Defendant shall have 21 days following such a ruling to serve written responses to discovery.

**IT IS SO ORDERED.**

Dated: _____     _____
                                         The Honorable Haywood S. Gilliam, Jr.
                                         United States District Court Judge