UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOLLY BROWN,

Plaintiff(s),

v.

THE J.M. SMUCKER COMPANY,

Defendant(s).

Case No. 4:21-cv-06467-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Matthew Thomas McCrary, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Molly Brown in the above-entitled action. My local co-counsel in this case is Seth A. Safier, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 197427.

| | |
|---|---|
| 4450 Arapahoe Ave., Suite 100<br>Boulder, CO 80303 | Gutride Safier LLP<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 415-639-9090 | 415-639-9090 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| matt@gutridesafier.com | seth@gutridesafier.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 53567.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___3___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/8/22

Matthew Thomas McCrary
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew Thomas McCrary is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/8/2022

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE



## SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Matthew Thomas McCrary**__

has been duly licensed and admitted to practice as an

### *ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**28th**__ day of __**June**__ A.D. __**2019**__ and that at the date hereof the said __**Matthew Thomas McCrary**__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**2nd**__ day of __**March**__ A.D __**2022**__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk