UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY BROWN,<br>   Plaintiff,<br> v.<br>THE J.M. SMUCKER COMPANY,<br>   Defendant. | Case No. 21-cv-06467-HSG<br><br>**JUDGMENT**<br>Re: Dkt. No. 49 |

  Judgment is hereby entered in favor of the Defendant is consistent with the Court's Granting 20 Motion to Dismiss,

  This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

  Dated at Oakland, California, this 12 day of August, 2022.

Mark B. Busby<br>
Clerk of Court<br><br>
By: _____<br>
  Brittany Sims<br>
  Deputy Clerk to the Honorable<br>
  HAYWOOD S. GILLIAM, JR.
