| | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | AUG 17 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MOLLY BROWN, as an individual, on behalf of herself, the general public and those similarly situated,

        Plaintiff-Appellant,

 v.

THE J.M. SMUCKER COMPANY,

        Defendant-Appellee.

No. 22-16326

D.C. No. 4:21-cv-06467-HSG
Northern District of California,
Oakland

ORDER

The stipulated motion of all parties for voluntary dismissal of this appeal (Dkt. No. 31) is GRANTED, and this appeal is DISMISSED.  *See* FED. R. APP. P. 42(b).  Each side shall bear its own costs.  This order constitutes the mandate of this court.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT